1
2
3
4

5 UNITED STATES DISTRICT COURT

6 EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7  UNITED STATES OF AMERICA,<br>8                               Plaintiff,<br>9       v.<br>10  ADRIAN AARON BIRD-LAKE,<br>11                               Defendant. | NO:  CR-12-76-RMP<br><br>ORDER GRANTING MOTION TO DISMISS COUNT 2 OF THE INDICTMENT |

12

13   Before the Court is the United States' Motion to Dismiss Count 2 of the

14 Indictment, ECF No. 51.  Based on the United States' Motion and the parties'

15 agreement to dismiss Count 2 upon the Defendant being sentenced to Count 1 as

16 memorialize in the Plea Agreement, the Court finds good cause to grant the

17 motion.  Accordingly, **IT IS HEREBY ORDERED**:

18   1.  The United States' Motion to Dismiss Count 2 of the Indictment, **ECF**

19       **No. 51**, is **GRANTED**.

20 / / /

ORDER GRANTING MOTION TO DISMISS COUNT 2 OF THE
INDICTMENT ~ 1

1    2. Count 2 of the Indictment is hereby dismissed with prejudice.

2    This District Court Clerk is directed to enter this Order and provide copies to

3 counsel.

4    DATED this 9th day of January 2013.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING MOTION TO DISMISS COUNT 2 OF THE
INDICTMENT ~ 2