PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of  Supervision
### with Consent of the Offender
#### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Adrian Aaron Bird-Lake          Case Number: 2:12CR00076-RMP-1

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: January 8, 2013          Type of Supervision: Supervised Release

Original Offense: Abusive Sexual Contact in Indian          Date Supervision Commenced: November 15, 2013
Country, 18 U.S.C. § 2244(b)

Original Sentence: Prison - 210 days; TSR - 60 months          Date Supervision Expires: July 14, 2018

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

27       You shall not possess or use any computer with access to any on-line computer service without the prior
         approval of the supervising officer. This includes any Internet service provider, bulletin board system, or
         any other public or private computer network. You shall not have access to a modem during your term of
         supervision without the prior approval of the supervising officer.

### CAUSE

Mr. Bird-Lake admitted to viewing adult pornography, through the Internet, on a weekly basis since his supervision
commenced. The offender had not mentioned his viewing of pornography to either his treatment provider or his
supervising officer, however, Mr. Bird-Lake was truthful during his polygraph and admitted it thereafter.  The
undersigned officer followed up with Mr. Bird-Lake's treatment provider, and the decision was made to limit his access
to the Internet to increase the effectiveness of his treatment.  Mr. Bird-Lake has agreed to the condition and is also
aware of the consequences if he violates or continues this behavior.

                                                        Respectfully submitted,

                                              by        s/Nate J. Uhlorn
                                                        _____

                                                        Nate J. Uhlorn
                                                        U.S. Probation Officer
                                                        Date: September 8, 2014

THE COURT ORDERS

[ ]      No Action
[ ]      The Extension of Supervision as Noted Above
[X]      The Modification of Conditions as Noted Above
[ ]      Other

                                                        _____
                                                        Signature of Judicial Officer

                                                             9/8/2014
                                                        _____
                                                        Date