Case 2:12-cr-00076-RMP    Document 89    Filed 07/09/15

PROB 12C
(7/93)

Report Date: July 9, 2015

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adrian Aaron Bird-Lake     Case Number: 0980 2:12CR00076-RMP-1

Address of Offender: ███

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: January 8, 2013

Original Offense:     Abusive Sexual Contact in Indian Country, 18 U.S.C. § 2244(b)

Original Sentence:     Prison 210 days;     Type of Supervision: Supervised Release
                     TSR - 60 months

Asst. U.S. Attorney:     Rudy Verschoor     Date Supervision Commenced: November 15, 2013

Defense Attorney:     Federal Defenders Office     Date Supervision Expires: July 14, 2018

## PETITIONING THE COURT

**To issue a summons:**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition # 2**: The offender shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Mr. Bird-Lake failed to submit a written report to the U.S. Probation Office by the fifth day of the month in July 2015. In addition, he has begun to establish a pattern of submitting late monthly reports. In the past 6 months, Mr. Bird-Lake has submitted reports on April 30, 2015, for the month of April; April 30, 2015, for the month of March; March 13, 2015, for the month of February; February 6, 2015, for the month of January; January 30, 2015, for the month of December 2014; and December 5, 2014, for the month of November 2014. |
| 2 | **Special Condition # 26**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Bird-Lake has also established a pattern of missed urinalysis tests during this term of supervised release. Most recently, Mr. Bird-Lake missed his random urinalysis test that had been scheduled for July 7, 2015, at ADEPT. He has also missed random urinalysis tests without providing prior notification to U.S. probation on June 11, May 6, March 17, and January 26, 2015. |

Prob12C
**Re: Bird-Lake, Adrian Aaron**
**July 9, 2015**
**Page 2**

      3      **Special Condition # 28**: You shall not access computers, computer networks, or other forms of wireless communications, or gain such access through third parties.

      **Supporting Evidence**: While conducting an unscheduled home contact with Mr. Bird-Lake at his residence on June 25, 2015, the undersigned officer inquired about what Mr. Bird-Lake had been doing prior to my arrival. He stated that he had been playing "online video games" and pointed toward what appeared to be an Xbox 360 gaming console. Mr. Bird-Lake was asked if he was able to access the Internet through this device, and he responded that he was unsure, and if he was able to connect to the Internet, he was unsure of how to access it.

The U.S. Probation Office respectfully recommends the Court issue a summons for the offender to appear to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 9, 2015

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

July 9, 2015
Date