PROB 12C
(6/16)

Report Date: April 24, 2018

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adrian Aaron Bird-Lake     Case Number: 0980 2:12CR00076-RMP-1

Address of Offender:     Spokane, Washington 99217

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 8, 2013

Original Offense:     Abusive Sexual Contact in Indian Country, 18 U.S.C. § 2244(b)

Original Sentence:    Prison - 210 Days;         Type of Supervision: Supervised Release
                      TSR - 60 Months

Revocation Sentence:  Prison - 4 Months;
(July 31, 2013)       TSR - 56 Months

Revocation Sentence:  Prison - None Imposed;
(August 12, 2015)     TSR - 56 Months

Asst. U.S. Attorney:  Rudolf J. Verschoor       Date Supervision Commenced: August 12, 2015

Defense Attorney:     Federal Defenders Office  Date Supervision Expires: April 11, 2020

## PETITIONING THE COURT

**To issue a summons**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition # 22**: You shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising officer. You shall immediately report any unauthorized contact with minor-aged children to the supervising officer.

**Supporting Evidence**: On August 21, 2015, Mr. Adrian Bird-Lake signed his conditions relative to case number 2:12CR00076-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Bird-Lake was made aware by his U.S. probation officer that he was required to not have contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising officer. Mr. Bird-Lake was informed he was required to immediately notify the undersigned officer of any such contact.

Mr. Bird-Lake is alleged to have violated special condition number 22 by having contact with children under the age of 18 and by not reporting such contact to the undersigned officer as required, based on polygraph testing and the client's admission of such behavior.

Specifically, on April 13, 2018, Mr. Bird-Lake participated in polygraph testing as required by his conditions of supervised release. During the test, Mr. Bird-Lake admitted to spending the night in a residence in which minors were present, spending time alone with the minors in question, and to traveling to both the movie theater and the mall on multiple occasions, both with and without an adult escort. It should be noted, the residence in question is alleged to belong to his employer who is aware of Mr. Bird-Lake's crime of conviction; however, at no time had the undersigned officer approved in advance such contact, or been made aware of the contact following the event, as required by his conditions of supervised release.

2   **Special Condition # 23**: You shall not reside or loiter within 500 feet of places where children congregate, which includes playgrounds, primary and secondary schools, city parks, daycare centers, and arcades.

**Supporting Evidence**: On August 21, 2015, Mr. Adrian Bird-Lake signed his conditions relative to case number 2:12CR00076-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Bird-Lake was made aware by his U.S. probation officer that he was required to not loiter within 500 feet of places where children loiter or congregate.

Mr. Bird-Lake is alleged to have violated special condition number 23 by traveling both to the mall and the movie theater on numerous occasions, both with and without adult supervision and without approval or notification from and to the undersigned officer respectively, based on polygraph testing and the client's admission of such behavior.

The U.S. Probation Office respectfully recommends the Court issue a **summons** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 24, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Bird-Lake, Adrian Aaron**
**April 24, 2018**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

4/24/2018
_____
Date